FILED

JUL 23 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 1:11CR00404-002 LJO |
| Plaintiffs, ) | |
| ) | ORDER OF RELEASE |
| vs. ) | |
| ) | |
| RAY ALBERT ALLEN, ) | |
| ) | |
| Defendant. ) | |

The above named defendant having been sentenced on July 21, 2014.

IT IS HEREBY ORDERED that the defendant shall be released on Friday, July 25, 2014 to a representative of the U.S. Probation Office. A certified Judgment and Commitment order to follow.

DATED: 7-23-14

LAWRENCE J. O'NEILL
U.S. District Judge

1